No. 00–8625. Brooks-Bey v. Kupec, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 00–8630. Cofield v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–8633. McSheffrey v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–8636. Zeidell v. Plantier, Administrator, New Jersey Adult Diagnostic and Treatment Center. C. A. 3d Cir. Certiorari denied.

No. 00–8647. Bates v. United States. C. A. 5th Cir. Certiorari denied.

No. 00–8654. McKenna v. Halter, Acting Commissioner of Social Security. C. A. 9th Cir. Certiorari denied.

No. 00–8656. Rojas-Flores v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–8658. Searcy v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–8659. Boyles v. United States. C. A. 8th Cir. Certiorari denied.

No. 00–8660. Chirinos v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–8661. Tucker v. United States. C. A. 3d Cir. Certiorari denied.

No. 00–8668. Husbands, aka Lnu v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–8674. Moreno-Zamarron v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–8682. Lownsbery v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–8685. Jones v. United States. C. A. 6th Cir. Certiorari denied.